1  SALVATORE SCIANDRA, Bar No. 58256
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, CA 93721
3  Telephone: 559-233-1000
   Facsimile: 559-233-6044
4
   Attorney for Defendant, OSCAR ROSALES
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )    CASE NUMBER: CR-F-05-0161 OWW
                                    )
10         Plaintiff,                )
                                    )
11 v.                                )    **SUBSTITUTION OF ATTORNEY**
                                    )
12 OSCAR ROSALES,                    )
                                    )
13         Defendant.                )
                                    )
14

15     OSCAR ROSALES, defendant herein, substitutes SALVATORE SCIANDRA, Attorney at

16 Law as his attorney of record in place of EDDIE RUIZ.

17

18 DATED: June ___, 2005              /s/ OSCAR ROSALES
                                      OSCAR ROSALES
19

20     The undersigned agrees to the above substitution.

21 DATED: June ___, 2005              /s/ EDDIE RUIS
                                      EDDIE RUIZ, Attorney of Record
22

23     The undersigned agrees to the above substitution.

24 DATED: June ___, 2005              /s/ SALVATORE SCIANDRA

25                                    SALVATORE SCIANDRA

26
       IT IS SO ORDERED
27                                    /s/ OLIVER W. WANGER
   DATED: June _3_, 2005
28                                    HONORABLE OLIVER W. WANGER, JUDGE

UNITED STATES DISTRICT COURT