SALVATORE SCIANDRA, Bar No. 58256
Law Office of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, OSCAR ROSALES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: CR-F-05-0161-OWW |
| Plaintiff, ) | STIPULATION AND ORDER FOR A RESETTING OF BRIEFING SCHEDULE |
| v. ) | |
| OSCAR ROSALES, et al., ) | Date: Monday, September 26, 2005 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Dept: Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the moving papers for any motions to be filed in the above-entitled matter that were due Tuesday, September 6, 2005 be continued to Thursday, September 8, 2005, and the governments response thereto that is due on Monday, September 19, 2005 be continued to Thursday, September 22, 2005. The hearing on motions currently set for Monday, September 26, 2005 at 9:00 a.m., will not change. The additional time is necessary for proper preparation of motions and filing thereof.

Respectfully submitted,

DATED: September 6, 2005

/s/  Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
OSCAR ROSALES

Agreed to with Ms. Escobar via in-person meeting 9/6/05.

1  ///

2  ///

3  ///

4  DATED: September 6, 2005                    /s/   Karen Escobar
                                                KAREN ESCOBAR
5                                               Assistant United States Attorney

6  ///

7  ///

8                                   **ORDER**

9      IT IS SO ORDERED.

10

11 DATED: September 7, 2005                    /s/Oliver W. Wanger
                                                HONORABLE OLIVER W. WANGER
12                                              U.S. DISTRICT COURT JUDGE