SALVATORE SCIANDRA, Bar No. 58256
Law Office of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, OSCAR ROSALES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>      Plaintiff/Appellee,    )<br>                              )<br>v.                            )<br>                              )<br>OSCAR ROSALES,                )<br>                              )<br>      Defendant/Appellant.    )<br>_____) | U.S.D.C. CASE NO.: CR-F-05-0161 OWW<br>U.S.C.A. DOCKET NO.: 05-10579<br><br>**ORDER TO TRANSFER PRETRIAL SERVICES REPORT TO COURT OF APPEALS** |

I, Salvatore Sciandra, declare and state as follows:

I am an attorney licensed to practice law in the State of California, the United States District Court for the Eastern District of California, and the Ninth Circuit Court of Appeals.

I represent defendant/appellant OSCAR ROSALES herein.

A Pretrial Services Report was prepared originally in U.S.D.C. Case No. CR-F-05-0161-OWW by Monte Olsen, and submitted for review by both Magistrate Judge Sandra Snyder at the original detention hearing, and the Honorable Oliver W. Wanger, United States District Court Judge, on the government's appeal of Mr. Rosales' release.

That defendant ROSALES was ordered detained by Judge Wanger.

That on August 17, 2005 a second hearing in front of Judge Wanger was held, based upon a supplement to the original Pretrial Services Report. Again, defendant ROSALES was ordered detained by Judge Wanger, and in that regard an Appeal has been filed to the Ninth Circuit Court of Appeals, Docket No. 05-10579.

1  In order for the Ninth Circuit to adequately review the order of Judge Wanger, it must be able
2  to consider the facts as found by Pretrial Services, and therefore the defendant through his counsel
3  respectfully requests that this court order United States Pretrial Services to send a copy of their report
4  to the Ninth Circuit Court of Appeals in Docket No. 05-10579, and to do so under seal.

6  DATED: September 13, 2005           /s/   Salvatore Sciandra
                                       SALVATORE SCIANDRA

9  **ORDER**

10  GOOD CAUSE APPEARING therefore, it is hereby Ordered that the Pretrial Services Report
11  and its supplement prepared on behalf of defendant: OSCAR ROSALES be transferred under seal to
12  the Ninth Circuit Court of Appeals and filed in Docket No. 05-10579.

14  DATED: September 15___, 2005        /s/ OLIVER W. WANGER
15                                      OLIVER W. WANGER, UNITED STATES
                                        DISTRICT COURT JUDGE

U.S. v. ROSALES, et al.
*EX PARTE* DECLARATION AND ORDER TO TRANSFER PRETRIAL SERVICES REPORT TO COURT OF APPEALS
U.S.D.C. CASE NO.: CR-F-05-0161 OWW
U.S.C.A. DOCKET NO.: 05-10579                                                        2