SALVATORE SCIANDRA, Bar No. 58256
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559-233-1000
Facsimile: 559-233-6044

Attorney for Defendant, OSCAR ROSALES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OSCAR ROSALES,<br><br>　　　　Defendant. | CASE NUMBER: CR-F-05-0161 OWW<br><br>**ORDER DECLARING CASE UNUSUAL AND COMPLEX (18 U.S.C. §3161(h)(8)(B)**<br><br>*changes made by the Court are underscored |

On Monday, September 26, 2005 the Court heard defendants Motion for an Order declaring this case to be Unusual and Complex pursuant to 18 U.S.C. section 3161(h)(8)(B). The United States has filed a Statement of Non-Opposition. The Court hereby grants defendants motion. Defendant OSCAR ROSALES, is charged in Count One with violation 21 U.S.C. section 848 - Continuing Criminal Enterprise. This allegation covers approximately a five year period. Nineteen defendants are charged in Count Two with violation of 21 U.S.C. sections 841(a)(1), 841(b)(i)(A) and 846 - Conspiracy to Distribute and to Possess with the Intent to Distribute Marijuana. It is alleged that this conspiracy spanned a period of approximately five years. Other defendants are individually charged in Counts Three through Seven with violation of 21 U.S.C. section 847(a)(i) and 841(b)(1)(C) and 18 U.S.C. section 2 - Possession with Intent to Distribute Marijuana and Aiding and Abetting. There is voluminous discovery, including intercepted phone conversations and video surveillance. The alleged narcotics dealing in this action is long term and very complex. Finally, there is a need for extensive investigation and analysis, including that of experts, and a need for further motions once this

1 preliminary investigation is completed.

2     The Court rules that all of these factors compel the conclusion that exclusion of time under the
3 Speedy Trial Act because of the complexity of this case out weights the best interest of the public and
4 the defendants in a Speedy Trial <u>through the next specifically calendared court date</u>.

5 **IT IS SO ORDERED**.

6     /s/ OLIVER W. WANGER

7 DATED: September _29__, 2005

8 HONORABLE OLIVER W. WANGER,
  UNITED STATES DISTRICT COURT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES v. OSCAR ROSALES, et al.
ORDER DECLARING CASE UNUSUAL AND COMPLEX (18 U.S.C. §3161(h)(8)(B)
CASE NO.:  CR-F-05-0161-0WW     2