SALVATORE SCIANDRA, Bar No. 58256
Law Office of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, OSCAR ROSALES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OSCAR ROSALES, et al.,<br><br>　　　　　Defendant. | CASE NUMBER:  CR-F-05-0161-OWW<br><br>STIPULATION AND ORDER FOR A RESETTING OF BRIEFING SCHEDULE AS TO DEFENDANT OSCAR ROSALES<br><br>Date:  Monday, October 31, 2005<br>Time:  9:00 a.m.<br>Dept:  Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and defendant ROSALES by and through his attorney, that the moving papers for any motions to be filed by defendant ROSALES in the above-entitled matter that were due Tuesday, October 11, 2005 be continued to Tuesday, October 25, 2005, and the governments response thereto that is due on Monday, October 24, 2005 be continued to Monday, November 7, 2005.  That as to defendant OSCAR ROSALES only, the hearing on motions currently set for Monday, October 31, 2005 at 9:00 a.m. be continued to Monday, November 14, 2005 at 9:00 a.m.  The additional time is necessary for proper preparation of motions and filing thereof.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


DATED: October 12, 2005　　　　　　　　　　　 /s/  Salvatore Sciandra
　　　　　　　　　　　　　　　　　　　　　　　　SALVATORE SCIANDRA
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　　OSCAR ROSALES

1                                              Agreed to with Ms. Escobar via in-person meeting 10/11/05.

2 / / /

3 / / /

4 / / /

5 DATED: October 12, 2005            /s/   Karen Escobar

6                                          KAREN ESCOBAR
                                         Assistant United States Attorney

7 / / /

8 / / /

9                               **ORDER**

10       IT IS SO ORDERED.

11

12 DATED:  October _12__, 2005           /s/Oliver W. Wanger

13                                            HONORABLE OLIVER W. WANGER
                                           U.S. DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. ROSALES et al.
STIPULATION AND ORDER FOR A RESETTING OF BRIEFING SCHEDULE AS TO DEFENDANT OSCAR ROSALES
CASE NO.:  CR-F-05-0161-OWW            2