1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559-233-1000
   Facsimile: 559-233-6044
4

5  Attorney for Defendant, OSCAR ROSALES

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    CASE NUMBER:  1:05-CR-00161-OWW
                                    )
11             Plaintiff,            )    STIPULATION AND ORDER FOR A
                                    )    RESETTING OF HEARING ON
12 v.                               )    REPORT OF PROBATION OFFICER
                                    )
13 OSCAR ROSALES,                   )
                                    )
14             Defendant.            )
                                    )
15

16     **IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and

17 the defendant by and through his attorney, that the date set for hearing on the presentence report of the

18 probation officer and sentencing be extended as follows, additional time is necessary for further

19 preparation for sentencing:

20         Probation Report available to Defense Counsel:  move from
           December 18, 2006 to February 26, 2007.
21

22         Defense Counsel's Informal Objections due to Probation and AUSA:
           move from January 2, 2007 to March 12, 2007.
23

24         Formal Objections must be filed with the Court and served on
           Probation and AUSA:  January 16, 2007 to March 26, 2007.
25
           RPO Hearing:  move from January 22, 2007 at 1:30 p.m. to
26         April 2, 2007 at 1:30 p.m.

27 / / /

28 / / /

/ / /

/ / /

/ / /

/ / /                                            Respectfully submitted,

DATED: January 9, 2007                    /s/   Salvatore Sciandra
                                          SALVATORE SCIANDRA
                                          Attorney for Defendant,
                                          OSCAR ROSALES

DATED: January 9, 2007                    /s/   Karen Ann Escobar
                                          KAREN ANN ESCOBAR
                                          Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   January 10, 2007**              **/s/ Oliver W. Wanger**
emm0d6                                     UNITED STATES DISTRICT JUDGE