1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559-233-1000
   Facsimile: 559-233-6044
4

5  ALAN ELLIS
   Law Offices of Alan Ellis
6  495 Miller Avenue
   Mill Valley, CA 94941
7  415.380.2550

8  Attorney's for Defendant, OSCAR ROSALES

9

10              IN THE UNITED STATES DISTRICT COURT FOR THE

11                    EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,        )   CASE NUMBER:  1:05-CR-00161-OWW
                                     )
13           Plaintiff,               )   STIPULATION AND ORDER FOR A
                                     )   RESETTING OF HEARING ON
14  v.                                )   REPORT OF PROBATION OFFICER
                                     )
15  OSCAR ROSALES,                   )
                                     )
16           Defendant.               )
                                     )
17

18      **IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and

19  the defendant by and through his attorney, that the date set for hearing on the presentence report of the

20  probation officer and sentencing be extended as follows, additional time is necessary for further

21  preparation for sentencing:

22          Probation Report available to Defense Counsel:  move from February
            26, 2007 to May 7, 2007.
23

24          Defense Counsel's Informal Objections due to Probation and AUSA:
            move from March 12, 2007 to May 21, 2007.
25

26          Formal Objections must be filed with the Court and served on
            Probation and AUSA: move from March 26, 2007 to June 4, 2007.
27
            RPO Hearing:  move from April 2, 2007 at 1:30 p.m. to June 11,
28          2007 at 1:30 p.m.

Respectfully submitted,

DATED: March 29, 2007                         /s/   Salvatore Sciandra
                                              SALVATORE SCIANDRA
                                              Attorney for Defendant,
                                              OSCAR ROSALES


DATED: March 29, 2007                         /s/   Alan Ellis
                                              ALAN ELLIS
                                              Attorney for Defendant,
                                              OSCAR ROSALES


DATED: March 29, 2007                         /s/   Karen Ann Escobar
                                              KAREN ANN ESCOBAR
                                              Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

**Dated:   March 29, 2007**                   **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE