SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559-233-1000
Facsimile: 559-233-6044

ALAN ELLIS
Law Offices of Alan Ellis
495 Miller Avenue
Mill Valley, CA 94941
415.380.2550

Attorney's for Defendant, OSCAR ROSALES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 1:05-CR-00161-OWW |
| Plaintiff, ) | STIPULATION AND ORDER FOR A RESETTING OF HEARING ON |
| v. ) | REPORT OF PROBATION OFFICER |
| OSCAR ROSALES, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended from June 11, 2007 at 1:30 p.m. to June 13, 2007 at 9:00 a.m., additional time is necessary for testimony.

Respectfully submitted,

DATED: May 8, 2007        /s/  Salvatore Sciandra
                          SALVATORE SCIANDRA
                          Attorney for Defendant,
                          OSCAR ROSALES

/ / /

/ / /

/ / /

1  DATED: May 8, 2007                              /s/   Alan Ellis
                                                   ALAN ELLIS
2                                                  Attorney for Defendant,
                                                   OSCAR ROSALES
3

4  DATED: May 8, 2007                              /s/   Karen Ann Escobar
                                                   KAREN ANN ESCOBAR
5                                                  Assistant United States Attorney

6

7                                          **ORDER**

8       IT IS SO ORDERED.

9  **Dated:   May 17, 2007**                       **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE