IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ROSALES,<br><br>        Petitioner,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. CV-F-08-1333 OWW<br>(No. CR-F-05-161 OWW)<br><br>ORDER STRIKING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE FILED ON SEPTEMBER 16, 2008 (Doc. 655) AS DUPLICATIVE |

On September 16, 2008, a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 was filed by Petitioner Oscar Rosales.  (Doc. 655).

The September 16, 2008 Section 2255 motion is STRICKEN. The September 16, 2008 motion is duplicative of the Section 2255 motion filed by Petitioner on September 2, 2008.  (Doc. 652). The September 2, 2008 Section 2255 motion has been denied by Memorandum Decision and Order filed on September 12, 2008. Judgment for Respondent was entered on September 12, 2008.

///

1

IT IS SO ORDERED.

**Dated:   September 23, 2008**         /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE